DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY SEEMAN,**
Appellant,

v.

**KEN MASON,**
Appellee.

No. 4D2024-2662

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE20-008564.

David T. Valero and Amanda E. Valero-Vincent of Valero Law PLLC, Miami, for appellant.

Brian R. Claeys of Law Office of Brian R. Claeys, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***